IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DENNIS CHARLES JACKSON #153492     PLAINTIFF

v.     No. 4:24-cv-902-DPM

BECKY REED, Prosecuting Attorney, White County and MARK PATE, Seventeenth Judicial Circuit, Division 2, White County     DEFENDANTS

## ORDER

Jackson has sued Circuit Judge Mark Pate is his individual and official capacities. I am friends with Judge Pate and his family. My impartiality could reasonably be questioned in these circumstances. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 October 2024